**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Connolly Financial** | : | Bk. No. 05-33857 TPA |
| a/k/a Patrick Connolly | : | |
| a/k/a Patrick J. Connolly | : | Chapter No. 13 |
| a/k/a Patrick John Connolly | : | |
|       **Debtor** | : | |
| | : | |
| **TCIF REO2, LLC** | : | |
| | : | |
|       **Movant** | : | |
| v. | : | |
| | : | |
| **Connolly Financial** | : | |
| a/k/a Patrick Connolly | : | |
| a/k/a Patrick J. Connolly | : | |
| a/k/a Patrick John Connolly | : | |
|       **Respondent** | : | |
| | : | |

**OBJECTION OF TCIF REO2, LLC TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Movant, TCIF REO2, LLC (hereinafter referred to as "Movant"), by its attorneys Phelan Hallinan & Schmieg, LLP hereby objects to confirmation of the Debtor's Chapter 13 Plan as follows:

1. Movant is TCIF REO2, LLC.

2. Debtor is Connolly Financial a/k/a Patrick Connolly a/k/a Patrick J. Connolly a/k/a Patrick John Connolly.

3. Movant filed a Proof of Claim in the amount of $40,849.97 for pre-petition arrears. A copy of the Proof of Claim is attached hereto as Exhibit "A" and made a part hereof.

4. Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5. Debtor's Plan currently provides for payment to Movant in the amount of $26,000.00. A copy of the Debtor's Plan is attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, TCIF REO2, LLC respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

                                                Respectfully submitted,

                                                /s/ Andrew L. Spivack, Esquire
                                                Andrew L. Spivack, Esquire
                                                Attorney I.D. No. 84439
                                                Phelan Hallinan & Schmieg, LLP
                                                One Penn Center at Suburban Station
                                                1617 John F. Kennedy Boulevard
                                                Suite 1400
                                                Philadelphia, PA 19103-1814

November 2, 2005