FORM B 10 (Official Form 10) (4/01)

| United States Bankruptcy Court WESTERN District of PENNSYLVANIA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: CONNOLLY FINANCIAL AKA PATRICK CONNOLLY AKA | Case Number: 05-33857 TPA | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): TCIF REO2, LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: BANKRUPTCY DEPARTMENT GMAC MORTGAGE CORPORATION 500 ENTERPRISE ROAD SUITE 150 HORSHAM, PA 19044 0969 Telephone number: | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | This Space is for Court Use Only |
| Account or other number by which creditor identifies debtor: xxxxxxx1611 | Check here if this claim ☐ replaces  a previously filed claim, dated: _____ ☐ amends | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Your SS #: _____  _____  _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2. Date debt was incurred:** 09/15/2000

**3. If court judgment, date obtained:** 07/21/2005

**4. Total Amount of Claim at Time Case Filed:** $ 148,556.77

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☑ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 40,849.97

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 10/21/2005 | /s/ ANDREW L. SPIVACK, ESQUIRE Phelan Hallinan & Schmieg, LLP, ANDREW L. SPIVACK, ESQUIRE 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814, 215-563-7000 |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**DEBTOR: CONNOLLY FINANCIAL**  
**CREDITOR: TCIF REO2, LLC**

**CASE NO.: 05-33857 TPA**  
**FILING DATE: 09/30/05**

## STATEMENT OF AMOUNT DUE

### I. PREPETITION ARREARS

| | |
|---|---|
| Monthly Payments  05/2004 - 03/2005, 11 months @ $1,053.02 | $11,583.22 |
| 04/2005 - 09/2005, 6 months @ $1,053.03 | $6,318.18 |
| Accrued Late Charges | $1,894.87 |
| NSF Fee | $100.00 |
| Appraisal / BPO | $285.00 |
| Escrow Balance | $16,863.70 |
| Investigation | $100.00 |
| Act Letters | $50.00 |
| Service of Complaint | $215.00 |
| Filing of Complaint | $99.50 |
| Record Owner Lien Certificate | $325.00 |
| Soldiers & Sailors Relief Act Search | $5.00 |
| Judgment / Writ of Execution | $61.50 |
| Notice of Sale (2) | $270.00 |
| Sheriff's Deposit | $1,800.00 |
| Title Bringdown | $75.00 |
| Posting of Notice of Sale | $90.00 |
| Objection to Plan (Bk No. 03-20024) | $350.00 |
| Foreclosure Fees | $400.00 |
| Service Refund | $-36.00 |
| **TOTAL PREPETITION ARREARS** | **$40,849.97** |

### II. TOTAL INDEBTEDNESS

| | |
|---|---|
| Principal Balance | $107,693.60 |
| Interest | $17,914.60 |
| Accrued Late Charges | $1,894.87 |
| NSF Fee | $100.00 |
| Appraisal / BPO | $285.00 |
| Escrow Advance | $16,863.70 |
| Investigation | $100.00 |
| Act Letters | $50.00 |
| Service of Complaint | $215.00 |
| Filing of Complaint | $99.50 |
| Record Owner Lien Certificate | $325.00 |
| Soldiers & Sailors Relief Act Search | $5.00 |
| Judgment / Writ of Execution | $61.50 |
| Notice of Sale (2) | $270.00 |
| Sheriff's Deposit | $1,800.00 |
| Title Bringdown | $75.00 |
| Posting of Notice of Sale | $90.00 |
| Objection to Plan (Bk No. 03-20024) | $350.00 |

| | |
|---|---|
| Foreclosure Fees | $400.00 |
| Service Refund | $-36.00 |
| TOTAL INDEBTEDNESS | $148,556.77 |

A Security Interest is held for this claim.
Mortgage on Premises (see copy attached):

151 Limerick Road
Wexford, PA 15090

Per Diem Interest: $32.75

****Debtor is responsible for the payment of all taxes and insurance****

****Most recent Sheriff's Refund is unavailable at the present time****

****Will amend Proof of Claim upon receipt of Sheriff's Refund****

****The Post-Petition monthly payment amount is $1,053.03****

Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103-1814

UNITED STATES BANKRUPTCY COURT

IN RE                                              CHAPTER 13
   CONNOLLY FINANCIAL          CASE NO. 05-33857 TPA
   Debtor(s)

Andrew L. Spivack, Esquire certifies that a true and correct copy of the attached Proof of Claim was served upon the following person(s):

Shawn N. Wright, Esquire
4 West Manilla Avenue
Pittsburgh, PA 15220

Ronda J. Winnecour, Esquire (Trustee)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of The United States Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

October 21, 2005

                                        /s/ ANDREW L. SPIVACK, ESQUIRE