**Form 212**

**UNITED STATES BANKRUPTCY COURT**      25
**Western District of Pennsylvania**       jhel

In re:                                                                         Bankruptcy Case No.: 05–33857–JAD
                                                                               Issued Per 6/8/06 Proceeding
                                                                               Chapter: 13

**Patrick J. Connolly**
**dba Connolly Financial**
    Debtor(s)

**Order Dismissing Case Without Prejudice, And Order Terminating Income Attachment**

   **AND NOW,** this The 8th of June, 2006, **It Is Hereby Ordered** that the above−captioned case is **dismissed without prejudice, terminated and closed** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. §349, and creditors are directed to title 11 U.S.C. §108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

   **It Is Further Ordered** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. §109(g), the Debtor is ineligible to file bankruptcy under any chapter for one−hundred eighty (180) days.

   **It Is Further Ordered** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

   **It Is Further Ordered** that this case is administratively closed; however, the court retains jurisdiction over the Trustee's final report and account and the Trustee's certification of distributed funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and this case shall be deemed closed without further order of court.

   **It Is Further Ordered** that the Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
Judge

cm: All Creditors and All Parties In Interest